■ MARC LAFORGE, by LILIANE LAFORGE, His Mother and Guardian, et al., Appellants, v ALL AMERICAN CAR RENTAL, INC., et al., Respondents, et al., Defendants. (Appeal No. 1.)— Order unanimously reversed on the law with costs and defendants' motion denied. Memorandum: Plaintiff Marc LaForge, a passenger in a van driven by defendant Normandin and owned by defendant Touchette, was seriously injured when Normandin drove the van into an intersection at Bear and Spencer Streets in Syracuse and was hit by a van driven by defendant Papa. Although it is undisputed that Normandin drove through a red light, the court erred in granting defendant Papa's motion for summary judgment because there is a question of fact whether defendant Papa could have avoided or otherwise minimized the accident (see, Shea v Judson, 283 NY 393; cf., Viegas v Esposito, 135 AD2d 708, lv denied 72 NY2d 801; Mansfield v Graff, 47 AD2d 581).

■ MARC LAFORGE, by LILIANE LAFORGE, His Mother and Guardian, et al., Appellants, v ALL AMERICAN CAR RENTAL, INC., et al., Defendants, and CITY OF SYRACUSE, Respondent. (Appeal No. 2.)—Order unanimously reversed on the law without costs and defendant's motion denied. Same memorandum as in LaForge v All Am. Car Rental ([appeal No. 1] 155 AD2d 873 [decided herewith]). (Appeal from order of Supreme Court, Onondaga County, Miller, J.—summary judgment.)

Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.